# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TODD DUQUETTE

NO. 2021 KW 1592

**FEBRUARY 14, 2022**

---

In Re:    Todd Duquette, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-93-1146.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court denied relator's Motion for Clarification of Sentence on October 13, 2021.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT